| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey P. Nolan (CA SBN 158923)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail: jnolan@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Plaintiff,*<br>*Official Committee of Unsecured Creditors* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,<br><br>Debtor(s). | CASE NO.: 8:15-bk-15311-MW<br><br>ADVERSARY NO.: 8:17-ap-1204-MW<br><br>CHAPTER: 11 |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br>Plaintiff(s).<br>vs.<br><br>PRESS-ONE CUSTOMER CARE, INC.,<br><br>Defendant(s). | **UNILATERAL STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: July 17, 2019<br>TIME: 9:00 a.m.<br>COURTROOM: "6C"<br>ADDRESS: 411 W. Fourth Street<br>Santa Ana, CA 92701<br>JUDGE: Hon. Mark S. Wallace |

The parties submit the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No

2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes   ☐ No

3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes   ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes   ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below *(or on attached page)*:

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
<ins>Plaintiff</ins>

**Matter has settled. Settlement documents executed.**

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
<ins>Plaintiff</ins>

N/A

3. When do you expect to complete <ins>your</ins> discovery efforts?
<ins>Plaintiff</ins>

N/A Matter has settled

4. What additional discovery do you require to prepare for trial?
<ins>Plaintiff</ins>

N/A Matter has settled

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <ins>your side of the case</ins> at trial *(including rebuttal stage if applicable)?*
<ins>Plaintiff</ins>

N/A Matter has settled

2. How many witnesses do you intend to call at trial *(including opposing parties)?*
<ins>Plaintiff</ins>

N/A Matter has settled

3. How many exhibits do you anticipate using at trial?
<ins>Plaintiff</ins>

N/A Matter has settled

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT
DOCS_LA:310751.3 29266/002

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a weeks to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>
Pretrial conference ☐ is ☐ is not requested
Reasons:
    Not applicable.


<u>Plaintiff</u>
Pretrial conference should be set <u>after</u>:
(*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

**The adversary has settled. Defendant is making settlement installment payments per the written settlement agreement. The last installment is due Sept. 22, 2019.**

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
If so, when?    March 5, 2019.

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>
☐ Yes    ☒ No

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

Matter has settled and Defendant is making settlement installment payments and the last payment is due September 22, 2019.  Plaintiff respectfully requests the matter be continued to late September to allow effectuation of the Agreement.

Respectfully submitted,

Date: July 10, 2019

PACHULSKI STANG ZIEHL & JONES LLP
Printed name of law firm

*(signature)*
Signature

Jeffrey P. Nolan
Printed name

Attorney for Plaintiff Official Committee of Unsecured Creditors

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 4     F 7016-1.STATUS.REPORT
DOCS_LA:310751.3 29266/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1 (a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* July 10, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew W Caine    acaine@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Scott A Schiff    sas@soukup-schiff.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy Case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* July 10, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Federal Express**<br>The Honorable Mark S. Wallace<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 6135<br>Santa Ana, CA 92701-4593 | **Via Email**<br>Roland Gary Jones<br>JONES & ASSOCIATES<br>1745 Broadway, 17th Floor<br>New York, NY 10019<br>rgj@rolandjones.com |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2019 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |